IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01122-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

      Plaintiff,

v.

DOES 1-19,

      Defendants.

---

## ORDER

---

      In accordance with Plaintiff's Notice of Dismissal filed on June 28, 2013 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 14), it is

      ORDERED that Defendant Doe # 1 and # 17 are **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

      Dated:  June 28, 2013

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Senior United States District Judge