IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01122-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 2-16, 18-19,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal filed on August 12, 2013 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 18), it is

ORDERED that Defendant Doe Nos. 8 and 19 are **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  August 14, 2013

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge