IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01122-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 2-7, 9-16, 18,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal of Case filed on August 26, 2013, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 20), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** as to the remaining Defendants.

Dated:  August 26, 2013

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge